Alonzo M. Fuller, appellant, v. Charles T. Luckow and The Globe Laundry Company, appellees. Gen. No. 30,047.

Trespass for removing machinery from plaintiff's building. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925. Rehearing denied December 7, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Geo. W. Wilbur, for appellant. Ranes & Lowenthal, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

Hyman Horwitz, trading as H. Horwitz Company, appellant, v. First State Pawners Society, appellee. Gen. No. 30,063.

Replevin with count in trover for value of ring. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Samuel Micon, for appellant; Arthur W. Dixon, of counsel. Scott, Bancroft, Martin & MacLeish, for appellee; Charles M. Price, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Richard Dykstra, a minor, by his mother and next friend Anna Faber, appellee, v. City of Chicago, appellant. Gen. No. 30,084.

Action for personal injuries in automobile collision. Judgment upon verdict for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Francis X. Busch, Corporation Counsel, and John J. Kelly, for appellant; Earl B. Dickerson and Gilbert W. Morgan, of counsel. Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellee; H. H. Patterson, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Ernest M. Hann and Rudolph T. Anderson, trading as Hann & Anderson, appellees, v. Montmartre Cafe, Inc., appellant. Gen. No. 30,112.

Action upon note. Judgment *pro confesso* for plaintiff. Appeal from order denying motion to vacate and for leave to defend. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed and remanded with directions. Opinion filed November 23, 1925.

Dulsky, Friedman & Schimberg, for appellant; Harold J. Finder, of counsel. Bernard J. Juron, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

R. G. Badeaux, trading as R. G. Badeaux & Company, appellant, v. John M. Davies, appellee. Gen. No. 30,121.

Action to recover commission as real estate broker. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon.

Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Sinden & Hassell and Harry J. Guyon, for appellant. Walter S. Holden, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**W. R. Guile Company, appellee, v. John H. Leslie and George H. Leslie, trading as John H. Leslie & Company, appellants. Gen. No. 30,140.**

Action to recover purchase price of goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Sidney M. Ward, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Warner H. Robinson, for appellants; Lee Walker, of counsel. Harris, Reinhardt & Russell, for appellee; John A. Russell and Herbert Bebb, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Joseph Iglitzky and Phillip Shapiro, copartners, trading as Independent Cloak Company, appellees, v. L. Siegal Company, Inc., appellant. Gen. No. 30,195.**

Action for labor and materials furnished. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

David Olshan, for appellant. No appearance for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

**Clara J. Pridmore, appellant, v. Erwin S. Hottinger, appellee. Gen. No. 30,204.**

Action for rent. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Max Luster, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Cloyes, Cleveland & Klingler, for appellant. Frank Comerford, for appellee; Grenville Beardsley, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Thomas Manufacturing Company, appellant, v. Frank Baackes, appellee. Gen. No. 30,213.**

Action upon contract of guaranty. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925. Rehearing denied December 7, 1925.

Gilbert F. Wagner, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice McSurely delivered the opinion of the court.